**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
Alan R. Plutzik (Bar No. 077785)
L. Timothy Fisher (Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA  94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

 - and -

Joseph H. Meltzer
Gerald D. Wells, III
Robert J. Gray
280 King of Prussia Road
Radnor, PA  19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRIS DANIELS, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> FINISH LINE, INC. <br> Defendant. | CASE NO. 2:07-CV-01501-GEB-GGH <br><br> **STIPULATION AND [PROPOSED] ORDER** |

WHEREAS, the Honorable Garland E. Burrell, Jr. entered a Status (Pre-Trial) Scheduling Order ("Scheduling Order") on November 2, 2007;

WHEREAS, the Scheduling Order provides under the heading "Fair Labor Standards Act ("FLSA")/Class Certification Motions" that Plaintiff's (i) motion for court-facilitated notice and (ii) motion for class certification shall be filed on or before May 5, 2008;

WHEREAS, discovery is continuing and Defendant has recently produced documents in connection therewith which Plaintiff is reviewing;

WHEREAS, on May 2, 2008, the parties conferred and agreed to extend the deadline for filing said motions to May, 12, 2008;

THEREFORE, the parties STIPULATE and agree as follows:

Plaintiffs' (i) motion for court-facilitated notice and (ii) motion for class certification shall be filed on or before May 12, 2008; Defendant's opposition to said motions shall be filed on or before July 10, 2008.

DATED: May 6, 2008

**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**

By:_____/s/_____
Alan R. Plutzik
L. Timothy Fisher
2125 Oak Grove Blvd.
Suite, 120
Walnut Creek, CA 94598
Telephone:  925-945-0200
Facsimile:  925-945-879

Joseph H. Meltzer
Gerald D. Wells, III
Robert J. Gray
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
Facsimile: 610-667-7056

*Attorneys for Plaintiffs*

**SEYFARTH SHAW LLP**

By:_____/s/_____
Timothy M. Watson, Esq.
Seyfarth Shaw LLP
700 Louisiana Street
Suite 3700
Houston, TX  77002-2797
Telephone: 713-860-0065
Facsimile: 713-821-0660

*Counsel for Defendant*

2

**[PROPOSED] ORDER**

Having reviewed the stipulation of counsel, the proposed deadline for Plaintiff to file his (i) motion for court-facilitated notice and (ii) motion for class certification is hereby extended to May 12, 2008.  The deadline for Defendant to file their opposition to said motions is hereby extended to July 10, 2008.

IT IS SO ORDERED.

Dated:  May 08, 2008

_____
GARLAND E. BURRELL, JR.
Chief United States District Judge

**Attestation Pursuant To General Order 45**

I, Alan R. Plutzik, attest that concurrence in the filing of this document has been obtained from the other signatory.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 6th day of May, 2008 at Walnut Creek, California.

　　　　　　　　　　　　　　　　　　　　　　/s/ Alan R. Plutzik