1

2

3

4

5

6

7

8

9

10                    IN THE UNITED STATES DISTRICT COURT

11                   FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13   KRIS DANIELS, on behalf of himself )    2:07-cv-1501-GEB-GGH
     and all others similarly situated, )
14                                       )    ORDER*
                         Plaintiff,      )
15                                       )
                 v.                      )
16                                       )
     FINISH LINE, INC.,                  )
17                                       )
                         Defendant.      )
18   _____ )

19           On May 13, 2008, Plaintiff submitted to chambers for *in

20   camera* review a motion for class certification under Federal Rule of

21   Civil Procedure 23, a motion for conditional collective certification

22   under 26 U.S.C. § 216(b) and a Declaration of Gerald D. Wells, III in

23   support of those motions.  Plaintiff seeks decision on whether these

24   documents could be filed under seal.  (Mot. to Seal the Briefs, Dkt.

25   No. 31; Mot. to Seal the Decl., Dkt. No. 29.)  For the following

26   reasons, the motions to seal are denied.

27   _____

28         *    This matter was determined to be suitable for decision without
     oral argument.  L.R. 78-230(h).

                                    1

The issue of whether the briefs and declarations submitted in support of the motions for class certification should be sealed is governed by a "compelling reasons" standard.  See Kamakana v. City & County of Honolulu, 447 F.3d 1172, 1178-80 (9th Cir. 2006) (holding that dispositive motions, and related materials, may only be sealed by meeting a "compelling reasons" standard); see also In re Dynamic Random Access Memory (DRAM) Antitrust Litig., 2007 WL 707499 (N.D. Cal. Mar. 6, 2007) (indicating a class certification motion is akin to a dispositive motion); Caranci v. Blue Cross & Shield of Rhode Island, 194 F.R.D. 27, 31 (D.R.I. 2000) (same).

This standard has not been satisfied.  Therefore, the motions to file documents under seal are denied.  **The Clerk of the Court is directed to return the motion for class certification, the motion for conditional collective certification and the Declaration of Gerald D. Wells, III to Plaintiff's counsel.**

IT IS SO ORDERED.

Dated:  May 16, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge