SEYFARTH SHAW LLP
Mark P. Grajski (SBN 178050)
Joel M. Van Parys (SBN 227387)
James D. McNairy (SBN 230903)
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

SEYFARTH SHAW LLP
Timothy M. Watson *(pro hac vice)*
700 Louisiana Street, Suite 3700
Houston, Texas 77002-2797
Telephone: (713) 225-2300
Facsimile: (713) 225-2340

Attorneys for Defendant
THE FINISH LINE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRIS DANIELS, on behalf of himself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FINISH LINE, INC. )<br>)<br>Defendants. )<br>) | Case No. 2:07-cv-01501-GEB-GGH<br><br>**STIPULATION AND PROPOSED ORDER** |

WHEREAS, the Honorable Garland E. Burrell, Jr., entered a Status (Pre-Trial) Scheduling Order on November 2, 2007;

WHEREAS, the Scheduling Order provides under the heading "Fair Labor Standards Act ("FLSA")/Class Certification Motions" that Plaintiff's (i) motion for court-facilitated notice and (ii) motion for class certification shall be filed on or before May 5, 2008;

WHEREAS, on May 2, 2008, the parties conferred and agreed to extend the time for Plaintiff to file his (i) motion for court-facilitated notice and (ii) motion for class certification to

1  May 12, 2008, and for Defendant's opposition to said motions to be filed on or before July 10,

2  2008;

3      WHEREAS, the Honorable Garland E. Burrell, Jr., entered an Order on May 8, 2008,

4  extending the time for Plaintiff to file his (i) motion for court-facilitated notice and (ii) motion

5  for class certification to May 12, 2008 and for Defendant's opposition to said motions to be filed

6  on or before July 10, 2008;

7      WHEREAS, factual investigation and discovery are continuing;

8      WHEREAS, on July 2, 2008, the parties conferred and agreed to extend the deadline for

9  Defendant to file the oppositions to Plaintiff's (i) motion for court-facilitated notice and (ii)

10  motion for class certification to July 17, 2008;

11      THEREFORE, the parties STIPULATE and agree as follows:

12      Defendant's oppositions to Plaintiff's (i) motion for court-facilitated notice and (ii)

13  motion for class certification shall be filed on or before July 17, 2008; Plaintiff's reply to said

14  oppositions shall be filed on or before August 11, 2008.

15

16  DATED: July 3, 2008                      SEYFARTH SHAW LLP

17

18                                            By: ____/s/ Joel Van Parys_____
19                                                Mark P. Grajski
                                              Joel M. Van Parys
20                                                James D. McNairy
                                              Attorneys for Defendant
21                                                THE FINISH LINE, INC.

22  DATED: July 3, 2008                      SCHIFFRIN BARRAWAY TOPAZ &
23                                                KESSLER LLP

24

25                                                By: ____/s/ Gerald D. Wells, III_____
                                              Gerald D. Wells, III
26                                                Attorneys for Plaintiff
                                              KRIS DANIELS

27

28                                **[PROPOSED] ORDER**

Having reviewed the stipulation of counsel, the deadline for Defendant to file its opposition to Plaintiff's (i) motion for court-facilitated notice and (ii) motion for class certification is hereby extended to July 17, 2008.  The deadline for Plaintiff to file his reply to said oppositions is hereby extended to August 11, 2008.

**IT IS SO ORDERED.**

Dated: July 7, 2008

GARLAND E. BURRELL, JR.
United States District Judge

### Declaration of Joel M. Van Parys

I, Joel M. Van Parys, attest that concurrence in the filing of this document has been obtained from the other signatory.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 3rd day of July, 2008 at Sacramento, California.

/s/Joel M. Van Parys