1  SEYFARTH SHAW LLP
   Mark P. Grajski (SBN 178050)
2  Joel M. Van Parys (SBN 227387)
   James D. McNairy (SBN 230903)
3  400 Capitol Mall, Suite 2350
   Sacramento, California 95814-4428
4  Telephone: (916) 448-0159
   Facsimile: (916) 558-4839
5
   SEYFARTH SHAW LLP
6  Timothy M. Watson *(pro hac vice)*
   700 Louisiana Street, Suite 3700
7  Houston, Texas 77002-2797
   Telephone: (713) 225-2300
8  Facsimile: (713) 225-2340

9  Attorneys for Defendant
   THE FINISH LINE, INC.
10

11                    UNITED STATES DISTRICT COURT

12                    EASTERN DISTRICT OF CALIFORNIA

13

14  KRIS DANIELS, on behalf of himself and all   )  Case No. 2:07-cv-01501-GEB-GGH
    others similarly situated,                    )
15                                                )
                                                  )
16           Plaintiff,                           )  **STIPULATION AND REQUEST TO**
                                                  )  **EXTEND TIME AND CONSENT FOR**
17     v.                                         )  **MAGISTRATE JUDGE GREGORY G.**
                                                  )  **HOLLOWS TO HEAR THE REQUEST**
18  FINISH LINE, INC.                             )
                                                  )
19           Defendants.                          )
                                                  )
20  _____    )

21       WHEREAS, the Honorable Garland E. Burrell, Jr., entered a Status (Pre-Trial)

22  Scheduling Order on November 2, 2007;

23       WHEREAS, the Scheduling Order provides under the heading "Fair Labor Standards Act

24  ("FLSA")/Class Certification Motions" that Plaintiff's (i) motion for court-facilitated notice and

25  (ii) motion for class certification shall be filed on or before May 5, 2008;

26       WHEREAS, on May 2, 2008, the parties conferred and agreed to extend the time for

27  Plaintiff to file his (i) motion for court-facilitated notice and (ii) motion for class certification to

28
                                         1
                                                         Stipulation and Proposed Order
SC1 17094894.1

1  May 12, 2008, and for Defendant's opposition to said motions to be filed on or before July 10,
2  2008;
3      WHEREAS, the Honorable Garland E. Burrell, Jr., entered an Order on May 8, 2008,
4  extending the time for Plaintiff to file his (i) motion for court-facilitated notice and (ii) motion
5  for class certification to May 12, 2008 and for Defendant's opposition to said motions to be filed
6  on or before July 10, 2008;
7      WHEREAS, on July 2, 2008, the parties conferred and agreed to extend the time for
8  Defendant to file oppositions to Plaintiff's (i) motion for court-facilitated notice and (ii) motion
9  for class certification to July 17, 2008; and for Plaintiff's reply to said motions to be filed on or
10 before August 11, 2008;
11     WHEREAS, on July 3, 2008, the Honorable Garland E. Burrell, Jr., entered an Order
12 extending the time for Defendant to file oppositions to Plaintiff's (i) motion for court-facilitated
13 notice and (ii) motion for class certification to July 17, 2008; and for Plaintiff's reply to said
14 motions to be filed on or before August 11, 2008;
15     WHEREAS, factual investigation and discovery are continuing;
16     THEREFORE, the parties CONSENT to Magistrate Judge Gregory G. Hollows hearing
17 this request to extend the time for Defendant to file oppositions to Plaintiff's (i) motion for court-
18 facilitated notice and (ii) motion for class certification to July 22, 2008; and for Plaintiff's reply
19 to said motions to be filed on or before August 18, 2008;
20     THEREFORE, the parties STIPULATE and agree as follows:
21     Defendant's oppositions to Plaintiff's (i) motion for court-facilitated notice and (ii)
22 motion for class certification shall be filed on or before July 22, 2008; Plaintiff's reply to said
23 oppositions shall be filed on or before August 18, 2008.
24     //
25     //
26     //
27     //
28     //

Stipulation and Proposed Order

SC1 17094894.1

| | | |
|---|---|---|
| DATED: July 15, 2008 | | SEYFARTH SHAW LLP |
| | | By:  /s/ Joel Van Parys |
| | | Mark P. Grajski |
| | | Joel M. Van Parys |
| | | James D. McNairy |
| | | Attorneys for Defendant |
| | | THE FINISH LINE, INC. |
| DATED: July 15, 2008 | | SCHIFFRIN BARRAWAY TOPAZ & KESSLER LLP |
| | | By:  /s/ Gerald D. Wells |
| | | Gerald D. Wells, III |
| | | Attorneys for Plaintiff |
| | | KRIS DANIELS |

**ORDER**

Having reviewed the consent and stipulation of counsel, the deadline for Defendant to file its opposition to Plaintiff's (i) motion for court-facilitated notice and (ii) motion for class certification is hereby extended to July 22, 2008. The deadline for Plaintiff to file his reply to said oppositions is hereby extended to August 18, 2008.

**IT IS SO ORDERED.**

Dated: July 16, 2008

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
Magistrate Judge

Daniels.ord