**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
Alan R. Plutzik (Bar No. 077785)
L. Timothy Fisher (Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA  94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

- and -

Joseph H. Meltzer
Gerald D. Wells, III
Robert J. Gray
280 King of Prussia Road
Radnor, PA  19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRIS DANIELS, on behalf of himself and all others similarly situated,<br><br>     Plaintiff,<br><br>   v.<br><br>FINISH LINE, INC.<br>     Defendant. | CASE NO. 2:07-CV-01501-GEB-GGH<br><br>**STIPULATION AND [PROPOSED] ORDER** |

WHEREAS, the Honorable Garland E. Burrell, Jr. entered a Status (Pre-Trial) Scheduling Order ("Scheduling Order") on November 2, 2007;

WHEREAS, the Scheduling Order sets forth August 25, 2008 as the time for which the Court will hear oral argument on Plaintiff's (i) motion for court-facilitated notice pursuant to 28 U.S.C. § 216(b) and (ii) motion for class certification pursuant to Fed. R. Civ. P. 23 ("collectively "Certification Motions");

WHEREAS, on July 11, 2008, Defendant filed a motion for summary judgment ("MSJ") as to certain of Plaintiff's claims;

WHEREAS, the Court is scheduled to hear oral argument on Defendant's MSJ on August 11, 2008;

WHEREAS, Plaintiff has noticed an additional 30(b)(6) deposition to address certain topic areas not covered by Defendant's previous corporate designees;

WHEREAS, the parties have conferred and believe that an adjustment in the scheduling of the forthcoming oral arguments on the Certification Motions and MSJ is necessary in order to accommodate previously scheduled vacations of counsel, allow for the orderly taking of the deposition, and permit the parties sufficient time to adequately brief the pending motions;

THEREFORE, the parties STIPULATE and agree as follows:

(1)     Plaintiff's reply to Defendant's oppositions to Plaintiff's Certification Motions shall be filed on or before August 25, 2008;

(2)     Plaintiff's response to Defendant's MSJ shall be filed on or before August 11, 2008;

(3)     The hearing date for the MSJ shall be moved from August 11, 2008 to August 25, 2008; and

(4)     The hearing date for the Certification Motions shall be moved from August 25, 2008 to September 8, 2008.

2

DATED: July 24, 2008

SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP

By: _____/s/_____
    Alan R. Plutzik
    L. Timothy Fisher
    2125 Oak Grove Road, Suite 120
    Walnut Creek, CA 94598
    Telephone: (925) 945-0200
    Facsimile: (925) 945-879

    Joseph H. Meltzer
    Gerald D. Wells, III
    Robert J. Gray
    280 King of Prussia Road
    Radnor, PA 19087
    Telephone: (610) 667-7706
    Facsimile: (610) 667-7056

    *Attorneys for Plaintiff*

**SEYFARTH SHAW LLP**

By:_____/s/_____
    Mark P. Grajski
    Joel M. Van Parys
    James D. McNairy
    400 Capitol Mall, Suite 2350
    Sacramento, CA 95814
    Telephone: (916) 448-0159
    Facsimile: (916) 558-4839

    Timothy M. Watson
    700 Louisiana Street, Suite 3700
    Houston, TX  77002
    Telephone: (713) 860-0065
    Facsimile: (713) 821-0660

    *Attorneys for Defendant*

STIPULATION AND [PROPOSED] ORDER

**[PROPOSED] ORDER**

Having reviewed the stipulation of counsel, the Court hereby directs:

(1)     Plaintiff to file his reply to Defendant's oppositions to Plaintiff's Certification

Motions on or before August 25, 2008;

(2)     Plaintiff to file his response to Defendant's MSJ on or before August 11, 2008;

(3)     The hearing date for the MSJ is moved from August 11, 2008 to August 25, 2008;

and

(4)     The hearing date for the Certification Motions is moved from August 25, 2008 to

September 8, 2008.


**IT IS SO ORDERED.**

DATED: July 24, 2008

_____

Honorable Garland E. Burrell, Jr., U.S.D.J.



**Attestation Pursuant to General Order 45**

I, L. Timothy Fisher, attest that concurrence in the filing of this document has been

obtained from the other signatory.  I declare under penalty of perjury under the laws of the United

States that the foregoing is true and correct.  Executed this 23 day of July, 2008 at Walnut Creek,

California.

_____/s/_____
L. Timothy Fisher

STIPULATION AND [PROPOSED] ORDER