IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRIS DANIELS, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>      v.<br><br>FINISH LINE, INC.,<br><br>            Defendant. | 2:07-cv-1501<br><br>STIPULATION AND ORDER |

On August 7, 2008, the parties filed a proposed order in which they propose to modify when certain briefs are due, and reduce the time the judge normally has to consider a filed brief.  The parties' proposed brief change in the August 7, 2008 filing is adopted.  However, the August 25, 2008 hearing on the summary judgment motion is rescheduled to commence at 9:00 a.m. on September 8, 2008; and the hearing on the Certification motions is rescheduled to commence at 9:00 a.m. on November 17, 2008.  This does not change the existing Reply filing date.  The status hearing set for October 27,

1

1 | 2008, is rescheduled to commence at 9:00 a.m. on January 20, 2009; a
2 | joint status report shall be filed fourteen days prior to the hearing.
3 |     IT IS SO ORDERED.
4 | Dated: August 8, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge