**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
Alan R. Plutzik (Bar No. 077785)
L. Timothy Fisher (Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA  94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

 - and -

Joseph H. Meltzer
Gerald D. Wells, III
Robert J. Gray
280 King of Prussia Road
Radnor, PA  19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRIS DANIELS, on behalf of himself and all others similarly situated, | CASE NO. 2:07-CV-01501-GEB-GGH |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER** |
| FINISH LINE, INC. | |
| Defendant. | |

1    WHEREAS, the this Court entered a Stipulation and Order ("Stipulated Order") on August 8, 2008;

WHEREAS, the Stipulated Order sets forth, *inter alia*, August 22, 2008 as the time for Defendant to file its reply papers in further support of its motion for summary judgment ("MSJ") and August 25, 2008 as the deadline for Plaintiff to file its reply papers in further support of (i) motion for court-facilitated notice pursuant to 28 U.S.C. § 216(b) and (ii) motion for class certification pursuant to Fed. R. Civ. P. 23 ("collectively "Certification Motions");

WHEREAS, the Court is scheduled to hear oral argument on Defendant's MSJ on September 8, 2008 and oral argument on the Certification Motions on November 17, 2008;

WHEREAS, Plaintiff has noticed an additional 30(b)(6) deposition to address certain topic areas not covered by Defendant's previous corporate designees and the parties are currently arranging for the scheduling of said deposition;

WHEREAS, the parties have conferred and believe that an adjustment in the scheduling of the forthcoming briefing is necessary so as to provide each side with an opportunity to fully prepare its respective positions;

THEREFORE, the parties STIPULATE and agree as follows:

(1)   Defendant's reply to Plaintiff's response to Defendant's MSJ shall be filed on or before September 2, 2008;

(2)   Plaintiff's replies to Defendant's oppositions to Plaintiff's Certification Motions shall be filed on or before September 5, 2008; and

(3)   The hearing dates for the MSJ and Certification Motions shall remain as previously set forth in the Court's Order of August 8, 2008.

DATED: August 20, 2008

| **SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP** | **SEYFARTH SHAW LLP** |
|---|---|
| By:_____/S/_____<br>    Alan R. Plutzik<br>    L. Timothy Fisher<br>    2125 Oak Grove Road, Suite 120<br>    Walnut Creek, CA 94598<br>    Telephone: (925) 945-0200<br>    Facsimile: (925) 945-879<br><br>    Joseph H. Meltzer<br>    Gerald D. Wells, III<br>    Robert J. Gray<br>    280 King of Prussia Road<br>    Radnor, PA 19087<br>    Telephone: (610) 667-7706<br>    Facsimile: (610) 667-7056<br><br>  *Attorneys for Plaintiff* | By:_____/S/_____<br>    Mark P. Grajski<br>    Joel M. Van Parys<br>    James D. McNairy<br>    400 Capitol Mall, Suite 2350<br>    Sacramento, CA 95814<br>    Telephone: (916) 448-0159<br>    Facsimile: (916) 558-4839<br><br>    Timothy M. Watson<br>    700 Louisiana Street, Suite 3700<br>    Houston, TX  77002<br>    Telephone: (713) 860-0065<br>    Facsimile: (713) 821-0660<br><br>  *Attorneys for Defendant* |

**[PROPOSED] ORDER**

Having reviewed the stipulation of counsel, the Court hereby directs:

(1)   Defendant to file its reply brief for its MSJ on or before September 2, 2008;

(2)   Plaintiff to file his replies to Defendant's oppositions to Plaintiff's Certification Motions on or before September 5, 2008; and

(3)   The hearing dates for the MSJ and Certification Motions shall remain as scheduled in the Court's Order of August 8, 2008.

**IT IS SO ORDERED.**

DATED: August 22, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

**Attestation Pursuant to General Order 45**

I, Alan R. Plutzik, attest that concurrence in the filing of this document has been obtained from the other signatory.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 23 day of July, 2008 at Walnut Creek, California.

_____/S/_____