IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KRIS DANIELS, on behalf of himself and all others similarly situated, ) ) | 2:07-cv-1501-GEB | |
| ) | ORDER | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | | |
| ) | | |
| FINISH LINE, INC., ) | | |
| ) | | |
| Defendant. ) | | |
| _____ ) | | |

        On **June** 6, 2008, Plaintiff filed a motion for class

certification under Federal Rule of Civil Procedure 23 and a motion

for conditional collective certification under the Fair Labor

Standards Act.  However, since these motions only address claims

dismissed in an Order filed on October 31, 2008, the motions are

denied.

Dated:  November 7, 2008

                                _____
                                GARLAND E. BURRELL, JR.
                                United States District Judge

1