**BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP**
Alan R. Plutzik (Bar No. 077785)
L. Timothy Fisher (Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA  94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

 - and -

Joseph H. Meltzer
Gerald D. Wells, III
Robert J. Gray
280 King of Prussia Road
Radnor, PA  19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRIS DANIELS, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>FINISH LINE, INC.<br>            Defendant. | CASE NO. 2:07-CV-01501-GEB-GGH<br><br>**STIPULATION TO DISMISS COUNTS SIX, SEVEN AND EIGHT OF THE COMPLAINT PURSUANT TO FED. R. CIV. P. 41(a)(1)** |

WHEREAS, on July 24, 2007, Plaintiff Kris Daniels ("Plaintiff") filed a Class/Collective Action Complaint against Finish Line, Inc., and Does 1 though 10, inclusive, (collectively "Defendants"), seeking the recovery of, *inter alia*, unpaid wages on behalf of himself and all other similarly situated individuals (the "Complaint");

WHEREAS, on July 11, 2008, Defendants filed a Motion for Partial Summary Judgment on Counts One, Two, Three, Four, Five, Nine and Ten of Plaintiff's Complaint;

WHEREAS, on October 30, 2008, the Court granted Defendant's Motion for Partial Summary Judgment in its entirety;

WHEREAS, Plaintiff seeks to dismiss, with prejudice, the remaining counts of his Complaint, namely, Counts Six, Seven and Eight, pursuant to FED. R. CIV. P. 41(a)(1);

WHEREAS, dismissal of the remaining counts will dispose of this action in its entirety; and

WHEREAS, the parties have conferred about the subject of this Stipulation,

THEREFORE, the parties STIPULATE and AGREE as follows:

Counts Six, Seven and Eight of the Complaint are dismissed with prejudice, with each side to bear their own costs.

//
//
//
//
//
//
//
//
//
//
//
//
//
//

DATED: January 6, 2009

| | |
|---|---|
| **BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP** | **SEYFARTH SHAW LLP** |
| By:*/s /Gerald D. Wells, III*<br>   Joseph H. Meltzer<br>   Gerald D. Wells, III<br>   Robert J. Gray<br>   280 King of Prussia Road<br>   Radnor, PA 19087<br>   Telephone: (610) 667-7706<br>   Facsimile: (610) 667-7056<br><br>   Alan R. Plutzik<br>   L. Timothy Fisher<br>   2125 Oak Grove Road, Suite 120<br>   Walnut Creek, CA 94598<br>   Telephone: (925) 945-0200<br>   Facsimile: (925) 945-879<br><br>*Attorneys for Plaintiff* | By: */s/ Timothy M. Watson*<br>   Mark P. Grajski<br>   Joel M. Van Parys<br>   James D. McNairy<br>   400 Capitol Mall, Suite 2350<br>   Sacramento, CA 95814<br>   Telephone: (916) 448-0159<br>   Facsimile: (916) 558-4839<br><br>   Timothy M. Watson<br>   700 Louisiana Street, Suite 3700<br>   Houston, TX  77002<br>   Telephone: (713) 860-0065<br>   Facsimile: (713) 821-0660<br><br>*Attorneys for Defendant* |

### Attestation Pursuant To General Order 45

I, Gerald D. Wells, III, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 6th day of January, 2009 at Radnor, Pennsylvania.

   /s/ Gerald D. Wells, III

### ORDER

PURSUANT TO STIPULATION, IT IS SO **ORDERED**.

DATED: January 8, 2009

GARLAND E. BURRELL, JR.
United States District Judge

3